

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,117

### EX PARTE RICKY DON HENDERSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 07-02-6355 IN THE 286TH DISTRICT COURT
### FROM HOCKLEY COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of certain chemicals with the intent to manufacture a controlled substance and sentenced to fifty years' imprisonment. The Seventh Court of Appeals affirmed his conviction. *Henderson v. State*, No. 07-07-204-CR (Tex. App.–Amarillo, delivered August 12, 2008).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed. We remanded this

application to the trial court for findings of fact and conclusions of law.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his conviction had been affirmed. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Seventh Court of Appeals in Cause No. 07-07204-CR that affirmed his conviction in Case No. 07-02-6355 from the 286th Judicial District Court of Hockley County. Applicant shall file his petition for discretionary review with the Seventh Court of Appeals within 30 days of the date on which this Court's mandate issues.


Delivered: March 18, 2009
Do not publish